UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CLENTON FORRISTER                                                                PLAINTIFF
ADC #157768

V.                              No. 2:18CV00036-JLH-JTR

GREGORY RECHCIGL, HSA,
East AR Regional, Unit, ADC, *et al.*                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED 5th day of September, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE